BEFORE THE THIRD DIVISION, AUGUST 1, 1938

**No. 39131.**—Petition 5641–R of American Aniline Products, Inc. (New York).

Opinion by CLINE, J.   It appeared that the coal-tar dye was classified under paragraph 38, which provides that duty shall be assessed on the United States value or the American selling price.   On the record presented it was found that the petitioner was without intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser.   The petition was therefore granted.

**No. 39132.**—Petition 5638–R of Jos. Riedel Glass Works, Inc. (New York).

Opinion by CLINE, J.   It appeared that the merchandise was entered at the invoice prices, a discount of 50 percent being allowed on some items and 40 percent on others.   It was appraised at the invoice unit prices plus packing, less a discount of only 20 percent.   On the authority of *Golding* v. *United States* (T. D. 49078) it was found that the petitioner was without intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser.   The petition was therefore granted.   *Pastene* v. *United States* (21 C. C. P. A. 69, T. D. 46392) cited.

**No. 39133.**—Protest 943464–G of Bryant & Heffernan (New York).

Opinion by KEEFE, J.   On the record presented it was found that the net gauge is 90,137 gallons.   The protest was therefore sustained.

**No. 39134.**—Protest 896370–G of W. Schwab (New York).

Opinion by KEEFE, J.   From the evidence it was held that certain woolen blankets and metal household utensils and furniture are entitled to free entry under paragraph 1632.   The protest was overruled as to a portable bar and wooden book shelf which were found to be new articles.

**No. 39135.**—Protest 929727–G of M. B. Daniels & Co. (New York).

Opinion by KEEFE, J.   It was established that certain items consist of majolicaware in sets of three pieces.   The protest was sustained accordingly.

**No. 39136.**—Protests 749069–G/82517, etc., of Sears, Roebuck & Co. (Chicago and Galveston).

Opinion by KEEFE, J.   On the authority of *Strauss-Eckardt* v. *United States* (T. D. 48272) crib sets in chief value of papier mâché were held dutiable at 25 percent under paragraph 1403 as claimed.